# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LORI BLACK,

    Plaintiff,

v.                                                4:11cv539-WS

ADVANCED NEUROMODULATION
SYSTEMS, INC.,

    Defendant.

_____

## NOTICE TO THE PARTIES

Before the court are the defendant's motion for summary judgment (doc. 116) and the plaintiff's response (doc. 133) in opposition thereto. The parties are hereby notified that the court will take the defendant's motion for summary judgment under advisement on February 21, 2014. Neither oral argument nor any other hearing is contemplated.

    DONE AND ORDERED this   6th   day of   February  , 2014.

                                        s/ William Stafford
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE