UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LORI BLACK,

    Plaintiff,

v.                                                          4:11cv539-WS

ADVANCED NEUROMODULATION
SYSTEMS, INC.,

    Defendant.

_____

ORDER GRANTING DEFENDANT'S
MOTION FOR ENLARGEMENT OF TIME

Before the court is the defendant's motion for enlargement of time. Doc. 191. The court having reviewed the motion, it is ORDERED:

1. The defendant's motion (doc. 191) for enlargement of time is GRANTED.

2. The defendant shall have up to and including April 14, 2014, to submit its bill of costs.

DONE AND ORDERED this   7th   day of     April    , 2014.


                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE